In re William HALL; Eleanor Hall, Debtors.

James RIGBY, Plaintiff–Appellant,

v.

William HALL; Eleanor Hall, Defendants–Appellees.

No. 91–35934.

United States Court of Appeals, Ninth Circuit.

Nov. 30, 1994.

Before: SKOPIL, ALARCON and BEEZER, Circuit Judges.

## ORDER

The opinion filed July 29, 1993 and reported at 1 F.3d 853 (1993) is withdrawn. With the opinion vacated, the petition for rehearing with suggestion for rehearing en banc is moot. The parties may file a renewal of the petition for rehearing with suggestion for rehearing en banc upon the filing of a new decision by the court.